Green Tree Servicing, LLC v Weiss (2023 NY Slip Op 06239)

Green Tree Servicing, LLC v Weiss

2023 NY Slip Op 06239

Decided on December 6, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 6, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
LARA J. GENOVESI
DEBORAH A. DOWLING
JANICE A. TAYLOR, JJ.

2019-12433
 (Index No. 33634/15)

[*1]Green Tree Servicing, LLC, appellant,
v
Abraham Weiss, et al., respondents, et. al., defendants.

Aldridge Pite, LLP, Melville, NY (Kenneth Sheehan of counsel), for appellant.
Allen A. Kolber (Mischel & Horn, P.C., New York, NY [Scott T. Horn and Nicholas S. Bruno], of counsel), for respondents.

DECISION & ORDER
In an action, inter alia, to foreclose a mortgage, the plaintiff appeals from stated portions of an order of the Supreme Court, Rockland County (Robert M. Berliner, J.), dated September 17, 2019. The order, inter alia, granted that branch of the motion of the defendants Abraham Weiss and Esther Weiss which was pursuant to CPLR 3211(a) to dismiss the complaint insofar as asserted against them as barred by the statute of limitations.
ORDERED that the appeal is dismissed, without costs or disbursements, as the order dated September 17, 2019, was superseded by an order of the same court dated June 3, 2021, made upon renewal (see Green Tree Servicing, LLC v Weiss, _____ AD3d _____ [decided herewith]).
DUFFY, J.P., GENOVESI, DOWLING and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court